| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _C. Clc_  ☐ Agent  ☐ Addressee |
| | B. Received by *(Printed Name)* _C. Clarice_ | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Charles Sowards<br>#A227-574<br>C.C.I.<br>P.O. Box 5500<br>Chillicothe, OH. 45601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 0860 0006 5229 4308 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835